IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CV404 |
| vs. | |
| $35,890.00 IN UNITED STATES CURRENCY, | JUDGMENT |
| Defendant. | |

In accordance with the court's memorandum and order filed this date, judgment is hereby entered providing that the defendant property is forfeited to the United States; all right, title, or interest in or to the defendant property is forfeited to the United States; all right, title, or interest in or to the defendant property held by any person or entity is hereby forever barred and foreclosed; and the Marshal shall dispose of the defendant property in accordance with the law.

February 22, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge